B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>EASTERN DISTRICT OF MISSOURI<br>ST. LOUIS DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tillman, Michael R.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Tillman, Chanel L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Chanel L. Stoner** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-2446** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-9696** |

| Street Address of Debtor (No. and Street, City, and State):<br>**3606 Candlewyck Club Dr.**<br>**Apt F.**<br>**Florissant, MO** | ZIP CODE<br>**63034** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3606 Candlewyck Club Dr.**<br>**Apt F.**<br>**Florissant, MO** | ZIP CODE<br>**63034** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Saint Louis** | | County of Residence or of the Principal Place of Business:<br>**Saint Louis** | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**     **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 2632254360)*

<table>
<tr><td colspan="2"><strong>Voluntary Petition</strong><br><em>(This page must be completed and filed in every case.)</em></td><td>Name of Debtor(s):  <strong>Michael R. Tillman<br>Chanel L. Tillman</strong></td></tr>
</table>

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><strong>Exhibit A</strong><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br><strong>X</strong> <u>/s/ Sean C.Paul</u>                                              11/20/2015<br>    <strong>Sean C.Paul</strong>                                                          Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

<em>Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 2632254360)</em>

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Michael R. Tillman** **Chanel L. Tillman** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Michael R. Tillman
_____
 **Michael R. Tillman**

**X** /s/ Chanel L. Tillman
_____
 **Chanel L. Tillman**

_____
 Telephone Number (If not represented by attorney)

**11/20/2015**
_____
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
 (Signature of Foreign Representative)

_____
 (Printed Name of Foreign Representative)

_____
 Date

### Signature of Attorney*

**X** /s/ Sean C.Paul
_____
 **Sean C.Paul**         Bar No. **59371**

**Sean C. Paul, Attorney at Law**
**8917 Gravois Rd.**
**St. Louis MO 63123**

Phone No. **(314) 827-4027**     Fax No. **(314) 222-0619**

**11/20/2015**
_____
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____
 Signature of Authorized Individual

_____
 Printed Name of Authorized Individual

_____
 Title of Authorized Individual

_____
 Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
 Address

**X**
_____

_____
 Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

In re:  **Michael R. Tillman**                                          Case No. _____
        **Chanel L. Tillman**                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

In re:   **Michael R. Tillman**                                          Case No. _____
         **Chanel L. Tillman**                                                      (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Michael R. Tillman** _____
                        Michael R. Tillman

Date: _____**11/20/2015**_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

In re:    **Michael R. Tillman**                                    Case No. _____
          **Chanel L. Tillman**                                                (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

In re: **Michael R. Tillman**                                          Case No. _____
       **Chanel L. Tillman**                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Chanel L. Tillman**_____
                            Chanel L. Tillman

Date: _____**11/20/2015**_____

In re  **Michael R. Tillman**          Case No. _____
       **Chanel L. Tillman**                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re  **Michael R. Tillman**                                    Case No. _____
      **Chanel L. Tillman**                                                     (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Pulaski Bank | - | $230.00 |
| | | Checking account with Bank of America | - | $0.00 |
| | | Savings account with Bank of America | - | $0.00 |
| | | Checking Account at PNC | H | $405.00 |
| | | Savings Account at PNC | H | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Used household goods and furnishings | - | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, cds/dvds | - | $500.00 |
| 6. Wearing apparel. | | Personal used clothing | - | $500.00 |
| 7. Furs and jewelry. | | Costume jewelry, wedding band(s) | - | $1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | bowling ball | - | $50.00 |

In re **Michael R. Tillman**                         Case No.   _____
      **Chanel L. Tillman**                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance policy | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 401(k) | H | $10,000.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

In re  **Michael R. Tillman**                    Case No. _____
       **Chanel L. Tillman**                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2015 Tax Refund | - | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re  **Michael R. Tillman**                             Case No. _____
        **Chanel L. Tillman**                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Dodge Avenger | - | $12,000.00 |
| | | 1996 Honda Civic | - | $1,000.00 |
| | | 1999 Pontiac Grand Am | - | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____3_____ continuation sheets attached       **Total >**     **$28,185.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Michael R. Tillman**          Case No. _____
       **Chanel L. Tillman**                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | Mo. Rev. Stat. § 513.430.1(3) | $0.00 | $0.00 |
| Checking account with Pulaski Bank | Mo. Rev. Stat. § 513.430.1(3) | $230.00 | $230.00 |
| Checking account with Bank of America | Mo. Rev. Stat. § 513.430.1(3) | $0.00 | $0.00 |
| Savings account with Bank of America | Mo. Rev. Stat. § 513.430.1(3) | $0.00 | $0.00 |
| Checking Account at PNC | Mo. Rev. Stat. § 513.430.1(3) | $404.00 | $405.00 |
| Savings Account at PNC | Mo. Rev. Stat. § 513.430.1(3) | $0.00 | $0.00 |
| Used household goods and furnishings | Mo. Rev. Stat. § 513.430.1(1) | $2,000.00 | $2,000.00 |
| Books, pictures, cds/dvds | Mo. Rev. Stat. § 513.430.1(1) | $500.00 | $500.00 |
| Personal used clothing | Mo. Rev. Stat. § 513.430.1(1) | $500.00 | $500.00 |
| Costume jewelry, wedding band(s) | Mo. Rev. Stat. § 513.430.1(2) | $1,000.00 | $1,000.00 |
| | Mo. Rev. Stat. § 513.430.1(2) | $0.00 | |
| Term life insurance policy | Mo. Rev. Stat. § 513.430.1(7) | $0.00 | $0.00 |
| 401(k) | Mo. Rev. Stat. § 513.430.1(10)(f), 11 USC §522(b)(3)(C) | full fair market value (FMV) | $10,000.00 |
| 2015 Tax Refund | Mo. Rev. Stat. § 513.430.1(10)(a) | $0.00 | $0.00 |
| | Mo. Rev. Stat. § 513.440 | $1,950.00 | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$16,584.00** | **$14,635.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Michael R. Tillman**
      **Chanel L. Tillman**
                                    Case No. _____
                                                       (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2013 Dodge Avenger | Mo. Rev. Stat. § 513.430.1(5) | $0.00 | $12,000.00 |
| 1996 Honda Civic | Mo. Rev. Stat. § 513.430.1(5) | $1,000.00 | $1,000.00 |
| 1999 Pontiac Grand Am | Mo. Rev. Stat. § 513.430.1(5) | $500.00 | $500.00 |
| | | **$18,084.00** | **$28,135.00** |

B6D (Official Form 6D) (12/07)

In re **Michael R. Tillman**        Case No. _____
    **Chanel L. Tillman**        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx0001 <br><br>**Carfinance.com** <br>**7525 Irvine Center Dr** <br>**Irvine, CA 92610** | | J | DATE INCURRED: **01/2015** <br>NATURE OF LIEN: <br>**Automobile** <br>COLLATERAL: <br>**2014 Dodge Avenger** <br>REMARKS: <br><br>VALUE: **$12,000.00** | | | | $15,537.00 | $3,537.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $15,537.00 | $3,537.00 |
| | | | Total (Use only on last page) > | | | | $15,537.00 | $3,537.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Michael R. Tillman**                              Case No. _____
       **Chanel L. Tillman**                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

In re  **Michael R. Tillman**            Case No. _____
     **Chanel L. Tillman**                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-2446<br><br>**Missouri Department of Revenue**<br>**P.O. Box 475**<br>**Jefferson City, MO 65105** | | J | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**income tax**<br>REMARKS: | | | | **$2,638.00** | **$2,638.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | **$2,638.00** | **$2,638.00** | **$0.00** |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | **$2,638.00** | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | **$2,638.00** | **$0.00** |

In re **Michael R. Tillman**
      **Chanel L. Tillman**

Case No. _____
               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xx-2446** <br> **AAA Checkmate** <br> **327 Missouri Ave Ste 412** <br> **East St. Louis IL 62201** | | J | DATE INCURRED: **2004** <br> CONSIDERATION: <br> **loan** <br> REMARKS: | | | | **$786.00** |
| ACCT #: **xx-xxx151-1** <br> **AAA Insurance** <br> **12901 North Forty Dr.** <br> **St. Louis MO 63141** | | J | DATE INCURRED: **10/23/2013** <br> CONSIDERATION: <br> **Insurance Bill** <br> REMARKS: | | | | **$453.00** |
| ACCT #: **xxx-xx-2446** <br> **AARGON AGENCY INC** <br> **550 Wall St # 212** <br> **Saint Charles, MO 63303** | | J | DATE INCURRED: **4/29/2015** <br> CONSIDERATION: <br> **Collecting for -aMEREN mISSOURI** <br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **AFNI** <br> **P.O. Box 22371** <br> **Dallas, TX 75222** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxx24-02** <br> **AFNI** <br> **P.O. Box 22371** <br> **Dallas, TX 75222** | | J | DATE INCURRED: **2/20/2013** <br> CONSIDERATION: <br> **Collecting for -T-Mobile** <br> REMARKS: | | | | **$1,510.82** |
| ACCT #: **xxx-xx-2446** <br> **Ameren UE** <br> **P.O. Box 66529** <br> **St. Louis MO 66529** | | J | DATE INCURRED: **2007** <br> CONSIDERATION: <br> **Utility** <br> REMARKS: | | | | **$1,000.00** |
| | | | | | Subtotal > | | **$3,749.82** |

_____**24**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**　　　　　　　　　　　　Case No. _____
　　　　**Chanel L. Tillman**　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx3626**<br>**America Online**<br>**PO Box 17400**<br>**Jacksonville FL 32245-7400** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**ISP**<br>REMARKS: | | | | **$96.00** |
| ACCT #:  **xxxxxxxxxxxx4199**<br>**American Eagle GECRB**<br>**GE Capital Retail bank/Attention: Bankru**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED:  **11/2011**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Current Account** | | | | **$501.00** |
| ACCT #:  **xxx-xx-2446**<br>**American International South INs co**<br>**PO Box 1802**<br>**Alpharetta, GA 30023** | | J | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**insurance**<br>REMARKS: | | | | **$41.00** |
| ACCT #:  **xxxxx7A06**<br>**American Medical Collection Agency**<br>**2269 South Saw Mill River Road. Building**<br>**Elmsford, NY10523** | | J | DATE INCURRED:  **7/24/2002**<br>CONSIDERATION:<br>**Collecting for -Quest Dlagnositcs**<br>REMARKS: | | | | **$350.35** |
| ACCT #:<br>**Anchor Receivables**<br>**PO Box 41003**<br>**Norfolk, VA 23541** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx0112**<br>**Argent Healthcare Financial Services**<br>**2726 Frank Scoot Pkwy West**<br>**Belleville, IL 62223** | | J | DATE INCURRED:  **3/14/2003**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$413.00** |

Sheet no. ____**1**____ of ____**24**____ continuation sheets attached to　　　　　　**Subtotal >**　　　**$1,401.35**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**                         Case No. _____
           **Chanel L. Tillman**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx xx01 12**<br>**Argent Healthcare Financial Services, IN**<br>**2726 Frank Scott Pkwy West**<br>**Belleville IL 62223** | | J | DATE INCURRED: **1/2002**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$98.00** |
| ACCT #: **xxx-xx-2446**<br>**Aspen Waste**<br>**13710 Green ASh Court**<br>**Earth City, MO 63045** | | J | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Trash**<br>REMARKS: | | | | **$65.00** |
| ACCT #: **x-xxxx7231**<br>**Aspen Waste**<br>**13710 Green ASh Court**<br>**Earth City, MO 63045** | | J | DATE INCURRED: **2/17/2009**<br>CONSIDERATION:<br>**Trash**<br>REMARKS: | | | | **$60.57** |
| ACCT #:<br>**Asset Acceptance**<br>**P.O. Box 2041**<br>**Warren, MI 48090** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxx0000**<br>**Associated Recovery Systems**<br>**8665 Baypine Rd. Suite 200**<br>**Jacksonville FL 32256** | | J | DATE INCURRED: **1/14/2015**<br>CONSIDERATION:<br>**Collecting for -Sears**<br>REMARKS: | | | | **$2,786.46** |
| ACCT #: **xxxxxxxxxxxx5652**<br>**ATT&T Wireless/NCO Financial Systems INC**<br>**PO Box 41417 DPT 99**<br>**Philadelphia, PA 19101** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Cell Phone Account**<br>REMARKS: | | | | **$1,011.00** |

Sheet no. ___**2**___ of ___**24**___ continuation sheets attached to                         **Subtotal >**           **$4,021.03**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**                  Case No. _____
       **Chanel L. Tillman**                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx9233**<br>**Bank Of America**<br>**PO Box 982236**<br>**El Paso, TX 79998** | | J | DATE INCURRED:  **01/2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$960.00** |
| **Representing:**<br>**Bank Of America** | | | **Convergent Outsourcing**<br>**PO Box 9004**<br>**Renton, WA 98057-9004** | | | | **Notice Only** |
| ACCT #:  **xx7732**<br>**BJC Healthcare**<br>**PO Box 958410**<br>**Saint Louis, MO 63195-8410** | | J | DATE INCURRED:  **6/2013**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$400.00** |
| ACCT #:  **xx-xxxxxx-xxxxxxx9464**<br>**Blockbuster Video/Credit Protection ssoc**<br>**13355 Noel Rd**<br>**Dallas TX 75240** | | J | DATE INCURRED:  **10/2002**<br>CONSIDERATION:<br>**Extended viewing fees**<br>REMARKS: | | | | **$16.00** |
| ACCT #:<br>**Blossom Wood Day School**<br>**8390 Latty Ave.**<br>**Hazelwood MO 63042** | | J | DATE INCURRED:  **3/29/2005**<br>CONSIDERATION:<br>**School**<br>REMARKS: | | | | **$1,546.00** |
| ACCT #:<br>**Blossom Wood DAY School**<br>**8390 LATTY AVE**<br>**HAZELWOOD MO 63042** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**TUITION FEES**<br>REMARKS: | | | | **$1,546.00** |

Sheet no. ___**3**___ of ___**24**___ continuation sheets attached to             **Subtotal >**    **$4,468.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**   Case No. _____
     **Chanel L. Tillman**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx-xx-2446<br>**Brother Loan & Finance Company**<br>**327 Missouri Ave**<br>**East St. Louis IL  62201** | | J | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $962.00 |
| ACCT #:  xxxxxxxxxxxx2171<br>**Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | J | DATE INCURRED:  **07/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $820.00 |
| ACCT #:  xxxxxxxxxxxx9216<br>**Capital One/ Law Office of Mitchell Kay**<br>**PO Box 9006**<br>**Smithtown, NY 11787-9006** | | J | DATE INCURRED:  **12/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $920.00 |
| ACCT #:  xxxx0055<br>**Cavalry Portfolio**<br>**PO Box 1017**<br>**Hawthorne, NY 10532** | | J | DATE INCURRED:  **6/8/2005**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $1,010.50 |
| ACCT #:  xxxxxx xx-1601<br>**Certegy/ Garden Ridge**<br>**PO BOX 30046**<br>**Tampa FL 336303046** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Returned CHECK**<br>REMARKS: | | | | $55.00 |
| ACCT #:  xxx-xx-2446<br>**Charter Communications**<br>**PO Box 790086**<br>**Saint Louis, MO 63179-0086** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Television**<br>REMARKS: | | | | $1,000.00 |

Sheet no. __4__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,767.50

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Michael R. Tillman**
        **Chanel L. Tillman**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx2949<br>**Charter Communications/Credit Protection**<br>**13355 Noel Rd.**<br>**Dallas TX 75240-6602** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Cable TV Provider**<br>REMARKS: | | | | $215.00 |
| ACCT #:  xxxxxxxxx1790<br>**Chase Receivables**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | J | DATE INCURRED:  **3/2005**<br>CONSIDERATION:<br>**Collecting for -TARGET**<br>REMARKS: | | | | $639.34 |
| ACCT #:  xxxxxxxxxxxx5853<br>**Childrens Place/Citicorp Credit Services**<br>**Attn: Citicorp Credit Services**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | J | DATE INCURRED:  **11/2011**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $319.00 |
| ACCT #:  xxx-xx-2446<br>**Christian Hospital**<br>**11133 Dunn Rd.**<br>**St. Louis, MO 63136** | | J | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $365.00 |
| ACCT #:  xxxxxx0269<br>**Christian Hospital**<br>**11133 Dunn Rd.**<br>**St. Louis, MO 63136** | | J | DATE INCURRED:  **8/2/2004**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,544.55 |
| ACCT #:  xxx-xx-2446<br>**Christian Hospital**<br>**11133 Dunn Rd.**<br>**St. Louis, MO 63136** | | J | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $400.00 |

Sheet no. ___**5**___ of ___**24**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | $3,482.89

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**   Case No. _____
**Chanel L. Tillman**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx02 69** <br> **Christian Hospital NE-EW** <br> **PO BOX 502705** <br> **St. Louis MO 63150-2705** | | J | DATE INCURRED: **6/2004** <br> CONSIDERATION: <br> **Medical Bills** <br> REMARKS: | | | | $98.00 |
| ACCT #: **xxxxxxxx1951** <br> **Clarkson Eyecare** <br> **40 E. North Ave** <br> **Eureka, MO 63025** | | J | DATE INCURRED: **4/14/2014** <br> CONSIDERATION: <br> **Medical Bills** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Club Fitness** <br> **Customer Service Center** <br> **3643 N. St. Peters Pkwy.** <br> **Saint Peters, MO 63376** | | J | DATE INCURRED: **10/12/2015** <br> CONSIDERATION: <br> **Membership/Subscription** <br> REMARKS: | | | | $177.38 |
| ACCT #: **xxxxx9121** <br> **Comenity Bank/New York & Company** <br> **PO Box 182125** <br> **Columbus, OH 43218** | | J | DATE INCURRED: **06/2015** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $294.00 |
| ACCT #: **xxxxx3628** <br> **Comenity Bank/Victorias Secret** <br> **PO Box 182125** <br> **Columbus, OH 43218** | | J | DATE INCURRED: **02/2010** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $1,270.00 |
| ACCT #: **xxxxxxxxxxxx0328** <br> **Comenity Capital Bank/HSN** <br> **PO Box 182125** <br> **Columbus, OH 43218** | | J | DATE INCURRED: **12/2012** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $2,697.00 |

Sheet no. **6** of **24** continuation sheets attached to   Subtotal >   $4,536.38
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**  Case No. _____
       **Chanel L. Tillman**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx4680<br>**Comenity Capital Bank/HSN**<br>**PO Box 182125**<br>**Columbus, OH 43218** | | J | DATE INCURRED:  **10/2014**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $419.00 |
| ACCT #:  xxxxx5149<br>**Community ccrX**<br>**PO BOX 52434**<br>**Phoenix AZ 85072-2434** | | J | DATE INCURRED:  **11/1/2012**<br>CONSIDERATION:<br>**Fee Simple**<br>REMARKS: | | | | $723.90 |
| ACCT #:  xxx3893<br>**Consumer Collection**<br>**PO Box 1839**<br>**Maryland Heights, MO 63043** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Original Creditor Name: 01 CLUB FITNESS**<br>REMARKS: | | | | $176.00 |
| ACCT #:  xxxx6529<br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | J | DATE INCURRED:  **02/2013**<br>CONSIDERATION:<br>**Original Creditor Name: CHARTER COMMUNICATIO**<br>REMARKS: | | | | $52.00 |
| ACCT #:  x9096<br>**Credit Protection Association**<br>**13355 Noel Rd. Ste. 2100**<br>**Dallas, TX 75240** | | J | DATE INCURRED:  **10/15/2002**<br>CONSIDERATION:<br>**Collecting for -blockbuster**<br>REMARKS: | | | | $15.96 |
| ACCT #:  xxx-xx-2446<br>**Crystal Rock Finance**<br>**327 Missouri Ave – Suite 300**<br>**East Saint Louis, IL 62201** | | J | DATE INCURRED:  **June 2015**<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | $1,000.00 |

Sheet no. ___7___ of ___24___ continuation sheets attached to                    **Subtotal >**          $2,386.86

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**
      **Chanel L. Tillman**

Case No. _____
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxxxxx4251 <br> **Dell Financial Services** <br> **15 Union St.** <br> **Lawrence MA 01840** | | J | DATE INCURRED:  **8/18/2004** <br> CONSIDERATION: <br> **Collecting for -dell** <br> REMARKS: | | | | $2,329.92 |
| ACCT #:   xxxxxxxxxxxxxx4251 <br> **Dell Financial Services/ Oxford Managmen** <br> **CS 9018** <br> **Melville, NY 11747** | | J | DATE INCURRED:  **11/2002** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $2,330.00 |
| ACCT #:   xxxxxxxxxx4699 <br> **Dept Of Ed/Nelnet** <br> **Attn: Claims** <br> **PO Box 82505** <br> **Lincoln, NE 68501** | | J | DATE INCURRED:  **12/2013** <br> CONSIDERATION: <br> **Educational** <br> REMARKS: | | | | $7,125.00 |
| ACCT #:   xxxxxxxxxx4699 <br> **Dept Of Ed/Nelnet** <br> **Attn: Claims** <br> **PO Box 82505** <br> **Lincoln, NE 68501** | | J | DATE INCURRED:  **12/2013** <br> CONSIDERATION: <br> **Educational** <br> REMARKS: | | | | $5,522.00 |
| ACCT #:   xxxxxx0797 <br> **Dial Adjustment Bureau-Essence Mag** <br> **960 McArther BLVD** <br> **Mahwah NJ 074950011** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Subscription Fee** <br> REMARKS: | | | | $53.00 |
| ACCT #: <br> **Dial Adjustment Bureu** <br> **960 Macarthur Blvd** <br> **Mahwah, NJ 07495-0011** | | J | DATE INCURRED:  **10/12/2002** <br> CONSIDERATION: <br> **Collecting for -Essence Magazine** <br> REMARKS: | | | | $52.06 |

Sheet no. _____8_____ of _____24_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $17,411.98

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**                    Case No. _____

           **Chanel L. Tillman**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xx-2446**<br>**DirecTV**<br>**P.O. Box 6550**<br>**Greenwood Village, CO 80155-6550** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #: **xxxxxxxxxxxx7578**<br>**Discover Financial**<br>**Attn: Bankruptcy**<br>**PO Box 3025**<br>**New Albany, OH 43054** | | J | DATE INCURRED: **03/2014**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$517.00** |
| ACCT #: **xxxxxxxx3950**<br>**Dsnb Macys**<br>**Macys Bankruptcy Department**<br>**PO Box 8053**<br>**Mason, OH 45040** | | J | DATE INCURRED: **02/2014**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$915.00** |
| ACCT #: **xxx-xx-2446**<br>**Emergency Physicians**<br>**75 Remit Dr. 6804**<br>**Chicago, IL 60675** | | J | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$194.00** |
| ACCT #: **xxxx8715**<br>**ERC/Enhanced Recovery Corp**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | J | DATE INCURRED: **12/2011**<br>CONSIDERATION:<br>**Original Creditor Name: SPRINT**<br>REMARKS: | | | | **$276.00** |
| ACCT #:<br>**Family Therapy- Kaufman-Yavitz**<br>**690 Greenway Manor Dr.**<br>**St. Louis MO 63132** | | J | DATE INCURRED: **5/31/2007**<br>CONSIDERATION:<br>**Familt Thereapy**<br>REMARKS: | | | | **$419.32** |

Sheet no. _____**9**_____ of _____**24**_____ continuation sheets attached to                   **Subtotal >**      **$3,321.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**
      **Chanel L. Tillman**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx0750**<br>**Famous Barr/Karfeld Law Firm**<br>**611 Olive St. ste 1640**<br>**St. Louis MO 63101** | | J | DATE INCURRED: **7/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$691.00** |
| ACCT #: **xxx-xx-2446**<br>**Fingerhut/Metabank**<br>**6250 Ridgewood Rd**<br>**Saint Cloud, MN 56303-0820** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$251.00** |
| **Representing:**<br>**Fingerhut/Metabank** | | | **Jefferson Capital Systems**<br>**16 McLeland Rd**<br>**Saint Cloud, MN 56303** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx9946**<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | J | DATE INCURRED: **08/2015**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$330.00** |
| ACCT #: **xxx-xx-2446**<br>**First Revenue**<br>**4500 Cherry Creeks Dr. Suite 300**<br>**Denver, CO 80246** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for ATT**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxxxx3373**<br>**Fitness Quest**<br>**1400 Raff Rd. SW**<br>**Canton OH 44750** | | J | DATE INCURRED: **4/2003**<br>CONSIDERATION:<br>**FITNESS FEES**<br>REMARKS: | | | | **$415.00** |

Sheet no. **10** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$1,687.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Michael R. Tillman**          Case No. _____
    **Chanel L. Tillman**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x8432**<br>**Gateway Endoscopy Center**<br>**12855 N 40 Dr. Ste 150**<br>**Saint Louis, MO 63141-8662** | | J | DATE INCURRED: **7/22/2011**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$127.08** |
| ACCT #: **xxx-xx-2446**<br>**Gateway Netro Credit Union**<br>**1001` Pine St.**<br>**Saint Louis, MO 63101** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**bank account**<br>REMARKS: | | | | **$500.00** |
| ACCT #: **xxx-xx-2446**<br>**Geico**<br>**Payment Processing**<br>**PO Box 55126**<br>**Boston, MA 02205-5126** | | J | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**insurance**<br>REMARKS: | | | | **$218.00** |
| ACCT #: **xxx-xx-2446**<br>**Genesis Financial**<br>**3175 Commercial Ave.**<br>**Suite 201**<br>**Northbrook, IL 60062** | | J | DATE INCURRED: **1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$595.00** |
| ACCT #: **xxxxx3626**<br>**GPO**<br>**690 Greenway Manor Dr. Apt F**<br>**Florissant, MO 63031-1312** | | J | DATE INCURRED: **11/19/2004**<br>CONSIDERATION:<br>**Collecting for -America Online**<br>REMARKS: | | | | **$95.60** |
| ACCT #: **xxx xxxxxxxx xxxxx xx. Apt F**<br>**Greenway Chase Apts.-Capreit, INC**<br>**11200 Rockville Pike Ste. 100**<br>**Rockville MD 20852** | | J | DATE INCURRED: **4/2005**<br>CONSIDERATION:<br>**Rent**<br>REMARKS: | | | | **$10,050.00** |

Sheet no. __11__ of __24__ continuation sheets attached to          Subtotal >          **$11,585.68**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                              **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**                Case No. _____
        **Chanel L. Tillman**                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xx-2446** <br> **Greeway Chase Apts** <br> **11200 Rockville Pike** <br> **Rockville, MD 20852** | | J | DATE INCURRED: **2005** <br> CONSIDERATION: <br> **Alease** <br> REMARKS: | | | | **$10,050.00** |
| ACCT #: **xxxxxxxxxxxx6395** <br> **Helzburg -Citi Banks/LTD Financial Servi** <br> **7322 Southwest Freeway, ste 1600** <br> **Houston TX 77074** | | J | DATE INCURRED: **6/2002** <br> CONSIDERATION: <br> **Bank** <br> REMARKS: | | | | **$4,956.00** |
| ACCT #: **xxxxxx4979** <br> **INSTYLE MAG** <br> **PO BOX 60001** <br> **Tampa Fl 33660-0001** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Subscription Fee** <br> REMARKS: | | | | **$24.00** |
| ACCT #: **xxxxx1656** <br> **J&E Financial Service** <br> **32295 Mission Trail 8-277** <br> **Lake Elsinore, CA 92530** | | J | DATE INCURRED: **2/1/2014** <br> CONSIDERATION: <br> **Collecting for -Gateway Metro CU** <br> REMARKS: | | | | **$961.08** |
| ACCT #: <br> **Kaufman-Yavitz, LPC, LCSW** <br> **1121 Olivette Exec Pkwy SUITE 210** <br> **St. Louis MO 63132** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx-xx-2446** <br> **Laclede Gas** <br> **720 Olive St. Rm. 1215 c/o Bankruptcy** <br> **St. Louis, MO 63101** | | J | DATE INCURRED: **2007** <br> CONSIDERATION: <br> **Utility** <br> REMARKS: | | | | **$189.00** |

Sheet no. _____**12**_____ of _____**24**_____ continuation sheets attached to              **Subtotal >**       **$16,180.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             **Total >**
               **(Use only on last page of the completed Schedule F.)**
        **(Report also on Summary of Schedules and, if applicable, on the**
        **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**              Case No. _____
      **Chanel L. Tillman**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx31-10**<br>**Law Office of Mitchell N Kacy**<br>**PO BOX 9006**<br>**Smithtown NY 11787-9006** | | J | DATE INCURRED: **9/2004**<br>CONSIDERATION:<br>**Collecting**<br>REMARKS: | | | | **$524.54** |
| ACCT #: **xxxxxxxxxxxxx216-A**<br>**Law Offices of Mitchell N Kay**<br>**PO BOX 9006**<br>**Smithtown NY 11787-9006** | | J | DATE INCURRED: **4/2005**<br>CONSIDERATION:<br>**Collecting for -Capital One**<br>REMARKS: | | | | **$820.57** |
| **Representing:**<br>**Law Offices of Mitchell N Kay** | | | **Capital One** | | | | **Notice Only** |
| ACCT #: **xxx-xx-2446**<br>**Lendup**<br>**237 Kearny St #372**<br>**San Francisco, CA 94108** | | J | DATE INCURRED: **March 2015**<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | **$300.00** |
| ACCT #: **xxx xxxxxxxxxxxx6395**<br>**LTD Financial Services**<br>**7322 Southwest Freeway Suite 1600**<br>**Houston TX 77074** | | J | DATE INCURRED: **3/2005**<br>CONSIDERATION:<br>**Collecting for -Helzberg**<br>REMARKS: | | | | **$4,955.63** |
| ACCT #:<br>**Macy's**<br>**P.O. Box 183083**<br>**Columbus, OH 43218-3083** | | J | DATE INCURRED: **2/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$691.00** |

Sheet no. ___**13**___ of ___**24**___ continuation sheets attached to                  **Subtotal >**    **$7,291.74**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                **Total >**
                **(Use only on last page of the completed Schedule F.)**
        **(Report also on Summary of Schedules and, if applicable, on the**
        **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**         Case No. _____
        **Chanel L. Tillman**                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Macy's** | | | **Karfeld Law Firm PC** | | | | **Notice Only** |
| ACCT #:  **xx5674** <br> **MCA Management** <br> **2797 High Ridge Blvd.** <br> **High Ridge, MO 63049-2202** | | J | DATE INCURRED:  **5/27/2004** <br> CONSIDERATION: <br> **Collecting for -Imo's Pizza** <br> REMARKS: | | | | **$42.22** |
| ACCT #:  **xx9258** <br> **MCA Management** <br> **2797 High Ridge Blvd.** <br> **High Ridge, MO 63049-2202** | | J | DATE INCURRED:  **5/1/2003** <br> CONSIDERATION: <br> **Collecting for -Normandy Fire Dpt.** <br> REMARKS: | | | | **$444.00** |
| ACCT #:  **xx5550** <br> **MCA Management** <br> **2797 High Ridge Blvd.** <br> **High Ridge, MO 63049-2202** | | J | DATE INCURRED:  **4/4/2005** <br> CONSIDERATION: <br> **Collecting for -Imos Pizza** <br> REMARKS: | | | | **$35.00** |
| ACCT #:  **xx-xxxxx5560** <br> **Merchant's Credit Guide Co.** <br> **223 W.Jackson Blvd** <br> **Chicago, IL 60606** | | J | DATE INCURRED:  **9/15/2004** <br> CONSIDERATION: <br> **Collecting for -Genesis Finacial Solution** <br> REMARKS: | | | | **$593.48** |
| ACCT #:  **xxxxx3718** <br> **Mercy Clinic East Comm.** <br> **PO Box 504655** <br> **Saint Louis, MO 63150-4655** | | J | DATE INCURRED:  **4/27/2015** <br> CONSIDERATION: <br> **Medical Bills** <br> REMARKS: | | | | **$61.71** |

Sheet no. ___**14**___ of ___**24**___ continuation sheets attached to             Subtotal >     **$1,176.41**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**               Case No. _____
      **Chanel L. Tillman**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx3682<br>**Mercy Clinic East Comm.**<br>**PO Box 504655**<br>**Saint Louis, MO 63150-4655** | | J | DATE INCURRED:  **11/12/2014**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $22.30 |
| ACCT #:  xxxxxxx2021<br>**Mercy Clinic East Comm.**<br>**PO Box 504655**<br>**Saint Louis, MO 63150-4655** | | J | DATE INCURRED:  **12/25/2014**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $39.57 |
| ACCT #:  xxxxx3718<br>**Mercy Clinic East Comm.**<br>**PO Box 504655**<br>**Saint Louis, MO 63150-4655** | | J | DATE INCURRED:  **8/27/2015**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $25.88 |
| ACCT #:  xxxxx3718<br>**Mercy Clinic East Comm.**<br>**PO Box 504655**<br>**Saint Louis, MO 63150-4655** | | J | DATE INCURRED:  **10/31/2013**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $86.64 |
| ACCT #:  xxxxxxx3634<br>**Mercy Clinic East Comm.**<br>**PO Box 504655**<br>**Saint Louis, MO 63150-4655** | | J | DATE INCURRED:  **2/10/2015**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $43.01 |
| ACCT #:  xxx-xx-2446<br>**Midwest Acceptance Corp**<br>**1257 Dougherty Ferry Rd**<br>**Valley Park, MO 63088** | | J | DATE INCURRED:  **2003**<br>CONSIDERATION:<br>**Car balance**<br>REMARKS: | | | | $9,436.00 |

Sheet no. ___15___ of ___24___ continuation sheets attached to               **Subtotal >** | $9,653.40

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**
      **Chanel L. Tillman**

Case No. _____
          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Monterey Financial Services, INC**<br>**4095 Avenida De La Plata**<br>**Oceanside, CA, 92056** | | J | DATE INCURRED: **8/11/2015**<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $480.39 |
| ACCT #: **xxxxx2418**<br>**Monterey Financial Svc**<br>**PO Box 5199**<br>**Oceanside, CA 92052** | | J | DATE INCURRED: **08/2015**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $490.00 |
| ACCT #: **xxx-xx-2446**<br>**Muscle Fitness**<br>**PO Box 37481**<br>**Boone, IA 50037** | | J | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Subscription**<br>REMARKS: | | | | $30.00 |
| ACCT #: **xxx8984**<br>**National Credit System**<br>**Attn: Bankruptcy**<br>**PO Box 312125**<br>**Atlanta, GA 31131** | | J | DATE INCURRED: **07/2010**<br>CONSIDERATION:<br>**Original Creditor Name: PELICAN COVE**<br>REMARKS: | | | | $160.00 |
| ACCT #: **xxx-xx-2446**<br>**NCO Financial**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044-2308** | | J | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Collecting for Directv**<br>REMARKS: | | | | $200.00 |
| ACCT #: **xxYN6P**<br>**NCO Financial System INC**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | J | DATE INCURRED: **4/6/2004**<br>CONSIDERATION:<br>**Collecting for -Progressive**<br>REMARKS: | | | | $140.96 |

Sheet no. __16__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $1,501.35

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**                                    Case No. _____
       **Chanel L. Tillman**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxNBM1**<br>**NCO Financial Systems**<br>**PO Box 17080**<br>**Wilmington, DE 19850-7080** | | J | DATE INCURRED:  **10/28/2004**<br>CONSIDERATION:<br>**Collecting for -AT&T**<br>REMARKS: | | | | **$1,010.50** |
| ACCT #:  **xxx0164**<br>**NCO Financial Systems, Inc.**<br>**909 E. Republic Rd. BLDG. D Suite 200**<br>**Springfield, MO 65807** | | J | DATE INCURRED:  **1/31/2003**<br>CONSIDERATION:<br>**Collecting for -DePaul/Midwest Radio**<br>REMARKS: | | | | **$140.00** |
| ACCT #:  **xxx0164**<br>**NCO Financial Systems, INC.-Midwes**<br>**909 E Republic Rd BLDG d sTE 200**<br>**Springfield MO 65807** | | J | DATE INCURRED:  **9/2001**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$140.00** |
| ACCT #:  **xxx-xx-2446**<br>**Neighbors Credit Union**<br>**6300 S. Lindbergh**<br>**St. Louis, MO 63123** | | J | DATE INCURRED:  **October 2015**<br>CONSIDERATION:<br>**bank account**<br>REMARKS: | | | | **$300.00** |
| ACCT #:  **xxxxxx0029**<br>**Neighbors Credit Union** | | J | DATE INCURRED:  **10/30/2015**<br>CONSIDERATION:<br>**Bank**<br>REMARKS: | | | | **$299.76** |
| ACCT #:  **xxxxxx6551**<br>**Nordstrom Fsb**<br>**13531 E Caley Ave**<br>**Englewood, CO 80111** | | J | DATE INCURRED:  **06/19/2015**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$368.00** |

Sheet no. ___**17**___ of ___**24**___ continuation sheets attached to                              **Subtotal >**      |  **$2,258.26** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**              Case No. _____
      **Chanel L. Tillman**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx5258**<br>**Normandy Fire Dept./MCA Management CO**<br>**PO BOX 480**<br>**High Ridge MO 63049** | | J | DATE INCURRED: **9/2001**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$444.00** |
| ACCT #:<br>**Northland Group Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx xx26 93**<br>**Parenting Magazine**<br>**PO BOX 60001**<br>**Tampa FL 33660-0001** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Subscription Fee**<br>REMARKS: | | | | **$12.00** |
| ACCT #: **xxxx79-01**<br>**Personal Finance CO/ The Legal Center**<br>**220 Salt Lick Rd.**<br>**St. Peter MO 63376** | | J | DATE INCURRED: **4/2003**<br>CONSIDERATION:<br>**Unsecured Loan**<br>REMARKS: | | | | **$3,200.00** |
| ACCT #: **xxxx79-01**<br>**Personal Finance Company** | | J | DATE INCURRED: **2/4/2005**<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | **$3,155.00** |
| ACCT #: **xxxx9480**<br>**Pinnacle Credit Service**<br>**Attn: Bankruptcy**<br>**PO Box 640**<br>**Hopkins, MN 55343** | | J | DATE INCURRED: **06/2013**<br>CONSIDERATION:<br>**Original Creditor Name: VERIZON WIRELESS**<br>REMARKS: | | | | **$479.00** |

Sheet no. __**18**__ of __**24**__ continuation sheets attached to        Subtotal >      **$7,290.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**              Case No. _____

       **Chanel L. Tillman**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxYN6P**<br>**Progressiv Insurance CO/NCO Financial Sy**<br>**PO BOX  41417 Dept. 99**<br>**Philadelphia PA 19101** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance Premium**<br>REMARKS: | | | | **$141.00** |
| ACCT #:<br>**Quest Diagnostics/AMCA Collection Agency**<br>**2269 South Saw Mill River Rd. bldg3**<br>**Elmsford NY 10523** | | J | DATE INCURRED:  **1/2002**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$182.00** |
| ACCT #:  **x0496**<br>**Rickman & Rickman**<br>**Po Box 212269**<br>**Columbia, SC 29221** | | J | DATE INCURRED:  **12/2012**<br>CONSIDERATION:<br>**Original Creditor Name: ST JOHNS MERCY HOSPIT**<br>REMARKS: | | | | **$84.00** |
| ACCT #:  **xx4896**<br>**Rickman & Rickman**<br>**Po Box 212269**<br>**Columbia, SC 29221** | | J | DATE INCURRED:  **03/2013**<br>CONSIDERATION:<br>**Original Creditor Name: ST JOHNS MERCY HOSPIT**<br>REMARKS: | | | | **$59.00** |
| ACCT #:  **x0495**<br>**Rickman & Rickman**<br>**Po Box 212269**<br>**Columbia, SC 29221** | | J | DATE INCURRED:  **12/2012**<br>CONSIDERATION:<br>**Original Creditor Name: ST JOHNS MERCY HOSPIT**<br>REMARKS: | | | | **$12.00** |
| ACCT #:  **xxxxxxxxxxx8466**<br>**SBC Internet Services**<br>**PO Box 203370**<br>**Austin, tx 78759-3370** | | J | DATE INCURRED:  **7/10/2004**<br>CONSIDERATION:<br>**Internet**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**19**____ of ____**24**____ continuation sheets attached to                **Subtotal >** | **$478.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**          Case No. _____
      **Chanel L. Tillman**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xx xxx xxx8466**<br>**SBC Internet Services**<br>**PO BOX 203370**<br>**Austin TX 78759-3370** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**ISP**<br>REMARKS: | | | | **$27.00** |
| ACCT #:  **xxxxxxxxxxxx8466**<br>**SBC Interney Services**<br>**PO Box 203370**<br>**Austin TX 78759-3370** | | J | DATE INCURRED:  **10/2002**<br>CONSIDERATION:<br>**Extended Viewing Fees**<br>REMARKS: | | | | **$16.00** |
| ACCT #:  **xxxxxxxxx0000**<br>**Sears Citi Cards/Associated Recovery Sys**<br>**8665 Baypine Rd. ste 200**<br>**Jacksonville FL 32256** | | J | DATE INCURRED:  **6/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,787.00** |
| ACCT #:  **xxx-xx-2446**<br>**Security Credit**<br>**c/o Welman Weinberg Reis**<br>**323 W. Lakesdie Ave Ste 200**<br>**Cleveland, OH 44113** | | J | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | **$265.00** |
| ACCT #:  **xxxxx5149**<br>**Silverscript Insureance Company**<br>**PO BOX 504849**<br>**St. Louis MO 63150-4849** | | J | DATE INCURRED:  **12/15/2014**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | **$811.00** |
| ACCT #:  **xxxxxxxxxxxx1244**<br>**Springleaf Financial S**<br>**510 N Highway 67 St**<br>**Florissant, MO 63031** | | J | DATE INCURRED:  **03/2015**<br>CONSIDERATION:<br>**Note Loan**<br>REMARKS: | | | | **$4,640.00** |

Sheet no. ___**20**___ of ___**24**___ continuation sheets attached to      **Subtotal >**      $8,546.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**                     Case No. _____
       **Chanel L. Tillman**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx-xx-2446<br>**St. Louis Post-Dispatch**<br>**PO Box 501148**<br>**Saint Louis, MO 63150-1148** | | J | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Newspaper**<br>REMARKS: | | | | $20.00 |
| ACCT #:  xxxxxxxxxxxx9112<br>**Synchrony Bank Credit Card**<br>**Attn: Bankrupty**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED: **02/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Current Account** | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx1257<br>**Synchrony Bank/ JC Penneys**<br>**Attn: Bankrupty**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED: **03/2014**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Current Account** | | | | $451.00 |
| ACCT #:  xxxxxxxxxxxx2898<br>**Synchrony Bank/Amazon**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED: **11/2013**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Current Account** | | | | $842.00 |
| ACCT #:  xxxxxxxxxxxx4580<br>**Synchrony Bank/Gap**<br>**Attn: Bankrupty**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED: **04/2014**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Current Account** | | | | $410.00 |
| ACCT #:  xxxxxxxxxxxx3201<br>**Synchrony Bank/TJX**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED: **07/2015**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Current Account** | | | | $200.00 |

Sheet no. __21__ of __24__ continuation sheets attached to                Subtotal >        $1,923.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                  Total >
                              **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**                                      Case No. _____
       **Chanel L. Tillman**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxx6676<br>**Synchrony Bank/Walmart**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED: **09/2014**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Current Account** | | | | $647.00 |
| ACCT #: xxxxxxxxxx5000<br>**T Mobile Wireless/Valentine&Kebartas INC**<br>**PO Box 325**<br>**Lawrence MA 1842** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Cell Phone Account**<br>REMARKS: | | | | $1,511.00 |
| ACCT #: xxxxx4484<br>**Target**<br>**C/O Financial & Retail Services**<br>**Mailstop BT PO Box 9475**<br>**Minneapolis, MN 55440** | | J | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Current Account** | | | | $334.00 |
| ACCT #: xxxxx7241<br>**Tide Finance**<br>**425 SW 44th St.**<br>**Oklahoma City, OK 73109** | | J | DATE INCURRED: **12/2013**<br>CONSIDERATION:<br>**Installment Sales Contract**<br>REMARKS:<br>**Paid**<br>**Account Closed** | | | | $0.00 |
| ACCT #: xxxxxxxxx1790<br>**TNB-Target**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | J | DATE INCURRED: **6/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $640.00 |
| ACCT #: xxx-xx-2446<br>**US Bank**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Overdraft**<br>REMARKS: | | | | $500.00 |

Sheet no. ___22___ of ___24___ continuation sheets attached to                     **Subtotal >** | $3,632.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**
       **Chanel L. Tillman**

Case No. _____
                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**US Bank**<br>**PO BOX 5227**<br>**CN-OH-W15**<br>**Cincinati, OH 45202-5227** | | J | DATE INCURRED: **10/14/2015**<br>CONSIDERATION:<br>**Bank**<br>REMARKS: | | | | **$433.24** |
| ACCT #: **xxxxxxxxxxx5000**<br>**Valentine & Kebartas INC**<br>**PO BOX 325**<br>**Lawrence MA 01842** | | J | DATE INCURRED: **7/24/2004**<br>CONSIDERATION:<br>**Collecting for -Tmobile**<br>REMARKS: | | | | **$1,510.82** |
| ACCT #: **xxxx2501**<br>**Vantage Credit Union**<br>**PO Box 4433**<br>**Bridgeton, MO 63044** | | J | DATE INCURRED: **04/2002**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**Paid**<br>**Account Closed** | | | | **$0.00** |
| ACCT #: **xxxx7517**<br>**Washington University Physicians**<br>**PO Box 502432**<br>**St. Louis, MO 63150-2432** | | J | DATE INCURRED: **5/31/2004**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$372.00** |
| ACCT #: **xxxx75 17**<br>**Washington University Physicians**<br>**660 S  Euclid Ave.**<br>**St. Louis MO 63110** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$372.00** |
| ACCT #: **xxx2342**<br>**West County Radiology Group**<br>**11475 Olde Cabin Road, Suite 200**<br>**Saint Louis, MO 63141** | | J | DATE INCURRED: **1/7/2015**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | **$29.25** |

Sheet no. _____**23**_____ of _____**24**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  |  **$2,717.31**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Michael R. Tillman**                                    Case No. _____
      **Chanel L. Tillman**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx2113**<br>**Wfdillards**<br>**Credit Bureau Disp**<br>**Des Moines, IA 50306** | | J | DATE INCURRED: **05/2014**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $469.00 |
| ACCT #: **xxxxxxx3701**<br>**World Finance Corp**<br>**World Acceptance Corp/Attn Bankruptcy**<br>**PO Box 6429**<br>**Greenville, SC 29606** | | J | DATE INCURRED: **08/2015**<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | $1,440.00 |
| ACCT #: **xxx-x08HZ**<br>**World Martial Arts Academy**<br>**1000 Cave Springs Blvd**<br>**Saint Peters, MO 63376** | | J | DATE INCURRED: **10/4/2007**<br>CONSIDERATION:<br>**Martial Arts lessons**<br>REMARKS: | | | | $360.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __24__ of __24__ continuation sheets attached to        Subtotal >          $2,269.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 Total >          $127,736.36
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Michael R. Tillman**           Case No. _____
      **Chanel L. Tillman**                           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Christina and Cory Willis** | residential lease<br>Contract to be ASSUMED |

In re **Michael R. Tillman**          Case No. _____
      **Chanel L. Tillman**                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **R.** | **Tillman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Chanel** | **L.** | **Tillman** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Driver** | **Substitute Teacher** |
| Employer's name | **Republic Services** | **Hazelwood School District** |
| Employer's address | **12976 St. Charles Rock Rd.**<br>Number  Street | **15955 New Halls Ferry Rd.**<br>Number  Street |
| | **Bridgeton**   **MO**   **63044**<br>City   State   Zip Code | **Florissant**   **MO**   **63031**<br>City   State   Zip Code |
| How long employed there? | **8 years** | **8 months** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$3,533.23** | **$570.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$3,533.23** | **$570.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ..............................................................→ 4. | **$3,533.23** | **$570.00** |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions          5a. | **$516.23** | **$43.62** |
| 5b. | Mandatory contributions for retirement plans          5b. | **$0.00** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans          5c. | **$49.70** | **$0.00** |
| 5d. | Required repayments of retirement fund loans          5d. | **$172.08** | **$0.00** |
| 5e. | Insurance          5e. | **$546.35** | **$0.00** |
| 5f. | Domestic support obligations          5f. | **$0.00** | **$0.00** |
| 5g. | Union dues          5g. | **$0.00** | **$0.00** |
| 5h. | Other deductions.          Specify:          5h.+ | **$0.00** | **$0.00** |
| 6. | Add the payroll deductions.    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.          6. | **$1,284.36** | **$43.62** |
| 7. | Calculate total monthly take-home pay.    Subtract line 6 from line 4.          7. | **$2,248.87** | **$526.38** |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm          8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends          8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive          8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation          8d. | **$0.00** | **$0.00** |
| 8e. | Social Security          8e. | **$0.00** | **$1,125.00** |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.          Specify:          8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income          8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income.          Specify:          8h.+ | **$0.00** | **$0.00** |
| 9. | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.          9. | **$0.00** | **$1,125.00** |
| 10. | Calculate monthly income.  Add line 7 + line 9.          10. | **$2,248.87** + **$1,651.38** = **$3,900.25** |

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. + **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.          12. **$3,900.25**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:          None.

| Debtor 1 | **Michael** | **R.** | **Tillman** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chanel** | **L.** | **Tillman** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No.  Go to line 2.
☑ Yes.  **Does Debtor 2 live in a separate household?**
  ☑ No
  ☐ Yes.  Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**      ☐ No
Do not list Debtor 1 and Debtor 2.      ☑ Yes.  Fill out this information for each dependent....................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☐ No  ☑ Yes |
| Son | 7 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**      ☑ No
      ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**      4. _____ **$800.00**
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.  Real estate taxes      4a. _____

4b.  Property, homeowner's, or renter's insurance      4b. _____

4c.  Home maintenance, repair, and upkeep expenses      4c. _____

4d.  Homeowner's association or condominium dues      4d. _____

Debtor 1 __Michael__          __R.__          __Tillman__          Case number (if known)

First Name          Middle Name          Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b. Water, sewer, garbage collection | 6b. | |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$45.00** |
| | 6d. Other. Specify: __cell__ | 6d. | **$280.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$800.00** |
| 8. | **Childcare and children's education costs** | 8. | **$50.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$200.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$260.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: __property tax__ | 16. | **$25.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$353.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: __student loan__ | 17c. | **$78.00** |
| | 17d. Other. Specify: __state tax payments__ | 17d. | **$100.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

| | | |
|---|---|---|
| **21. Other.** Specify: <u>**gym membership**</u> | 21. **+** | **$25.00** |

**22. Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

| | | |
|---|---|---|
| | 22. | **$3,816.00** |

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.     23a.     **$3,900.25**

23b. Copy your monthly expenses from line 22 above.     23b. **–**     **$3,816.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c.     **$84.25**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:
**None.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

In re  **Michael R. Tillman**                                         Case No.
         **Chanel L. Tillman**

                                                                Chapter      **7**


## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $28,185.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $15,537.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,638.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | $127,736.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $3,900.25 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $3,816.00 |
| TOTAL | | 42 | $28,185.00 | $145,911.36 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

In re  **Michael R. Tillman**                                      Case No.
      **Chanel L. Tillman**

                                                        Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $2,638.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $12,647.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $593.48 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$15,878.48** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $3,900.25 |
| Average Expenses (from Schedule J, Line 22) | $3,816.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $5,333.25 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $3,537.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $2,638.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $127,736.36 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $131,273.36 |

In re  **Michael R. Tillman**                                         Case No. _____
     **Chanel L. Tillman**                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **44**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **11/20/2015**_____      Signature  **/s/ Michael R. Tillman**_____
                                                                        ***Michael R. Tillman***


Date  **11/20/2015**_____      Signature  **/s/ Chanel L. Tillman**_____
                                                                        ***Chanel L. Tillman***
                                                   [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

In re:   **Michael R. Tillman**                                      Case No.  _____
      **Chanel L. Tillman**                                                               (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$49,984.00** | **2015 Employment Income YTD - debtor** |
| **$1,283.00** | **2015 Employment Income YTD - co-debtor** |
| **$47,603.00** | **2014 Employment Income** |
| **$48,911.00** | **2013 Employment Income** |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$12,375.00** | **2015 Social Security Benefits** |
| **$10,968.00** | **2014 Social Security Benefits** |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Carfinance.com**<br>**7525 Irvine Center Dr**<br>**Irvine, CA 92610** | **monthly, past**<br>**90 days** | **$1,059.00** | **$15,537.00** |
| **Car payment** | | | |

---

None ☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

In re:   **Michael R. Tillman**                                          Case No. _____
          **Chanel L. Tillman**                                                          (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 1*

---

None
☑  c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑  a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑  a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑  List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑  List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

In re:  **Michael R. Tillman**                                      Case No. _____
        **Chanel L. Tillman**                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sean C. Paul, Attorney at Law 8917 Gravois Rd. St. Louis MO 63123 | September 14, 2015 | $465 attorney fees $43 credit reports $335 filing fee |

---

**10. Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Auto Centers Nissan | | 2002 Nissan Pathfinder |

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| US Bank | Negative Checking Account | October 2015 |
| Neighbor's Credit Union | overdrawn and closed in November 2015 | Checking and Savings |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

In re:  **Michael R. Tillman**                    Case No.  _____
        **Chanel L. Tillman**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

In re:  **Michael R. Tillman**                                    Case No. _____
        **Chanel L. Tillman**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**None**
☑

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

**None**
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**None**
☑

### 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

**None**
☑

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

**None**
☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

**None**
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

**None**
☑

### 20. Inventories

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

**None**


b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

In re:  **Michael R. Tillman**                          Case No. _____
        **Chanel L. Tillman**                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**None** ☑

### 21. Current Partners, Officers, Directors and Shareholders

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

**None** ☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**None** ☑

### 22. Former partners, officers, directors and shareholders

a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

**None** ☑

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**None** ☑

### 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**None** ☑

### 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**None** ☑

### 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **11/20/2015**_____          Signature            **/s/ Michael R. Tillman**_____
                                                      of Debtor            *Michael R. Tillman*

Date  **11/20/2015**_____          Signature            **/s/ Chanel L. Tillman**_____
                                                      of Joint Debtor      *Chanel L. Tillman*
                                                      (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

In re  **Michael R. Tillman**
      **Chanel L. Tillman**

Case No. _____

Chapter       **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Michael R. Tillman** | **X**   /s/ Michael R. Tillman         **11/20/2015** |
| **Chanel L. Tillman** | Signature of Debtor            Date |
| Printed Name(s) of Debtor(s) | **X**   /s/ Chanel L. Tillman          **11/20/2015** |
| Case No. (if known) _____ | Signature of Joint Debtor (if any)     Date |

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Sean C.Paul**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Sean C.Paul**
_____

Sean C.Paul, Attorney for Debtor(s)
Bar No.: 59371
Sean C. Paul, Attorney at Law
8917 Gravois Rd.
St. Louis MO 63123
Phone: (314) 827-4027
Fax: (314) 222-0619
E-Mail: scp@pklawonline.com

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:    Liquidation  ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
## ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11:  Reorganization  ($1167 filing fee, $550 administrative fee: Total fee $1717)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $75 administrative fee: Total fee $275)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

IN RE:  **Michael R. Tillman**
        **Chanel L. Tillman**

CASE NO

CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$465.00** |
| Prior to the filing of this statement I have received: | **$465.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   - ☑ Debtor       ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor       ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **11/20/2015** | **/s/ Sean C.Paul** |
| *Date* | *Sean C.Paul*                Bar No.  59371 |
| | Sean C. Paul, Attorney at Law |
| | 8917 Gravois Rd. |
| | St. Louis MO 63123 |
| | Phone: (314) 827-4027 / Fax: (314) 222-0619 |

---

| | |
|---|---|
| **/s/ Michael R. Tillman** | **/s/ Chanel L. Tillman** |
| *Michael R. Tillman* | *Chanel L. Tillman* |

IN RE:   **Michael R. Tillman**                                                    CASE NO
             **Chanel L. Tillman**
                                                                                            CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.



Date  11/20/2015                                              Signature   /s/ Michael R. Tillman
                                                                                     **Michael R. Tillman**


Date  11/20/2015                                              Signature   /s/ Chanel L. Tillman
                                                                                     **Chanel L. Tillman**

AAA Checkmate
327 Missouri Ave Ste 412
East St. Louis IL 62201


AAA Insurance
12901 North Forty Dr.
St. Louis MO 63141


AARGON AGENCY INC
550 Wall St # 212
Saint Charles, MO 63303


AFNI
P.O. Box 22371
Dallas, TX 75222


Ameren UE
P.O. Box 66529
St. Louis, MO 66529


America Online
PO Box 17400
Jacksonville FL 32245-7400


American Eagle GECRB
GE Capital Retail bank/Attention: Bankru
PO Box 103104
Roswell, GA 30076


American International South INs co
PO Box 1802
Alpharetta, GA 30023


American Medical Collection Agency
2269 South Saw Mill River Road. Building
Elmsford, NY10523

Anchor Receivables
PO Box 41003
Norfolk, VA 23541


Argent Healthcare Financial Services
2726 Frank Scoot Pkwy West
Belleville, IL 62223


Argent Healthcare Financial Services, IN
2726 Frank Scott Pkwy West
Belleville IL 62223


Aspen Waste
13710 Green ASh Court
Earth City, MO 63045


Asset Acceptance
P.O. Box 2041
Warren, MI 48090


Associated Recovery Systems
8665 Baypine Rd. Suite 200
Jacksonville FL 32256


ATT&T Wireless/NCO Financial Systems INC
PO Box 41417 DPT 99
Philadelphia, PA 19101


Bank Of America
PO Box 982236
El Paso, TX 79998


BJC Healthcare
PO Box 958410
Saint Louis, MO 63195-8410

Blockbuster Video/Credit Protection ssoc
13355 Noel Rd
Dallas TX 75240


Blossom Wood Day School
8390 Latty Ave.
Hazelwood MO 63042


Blossom Wood DAY School
8390 LATTY AVE
HAZELWOOD MO 63042


Brother Loan & Finance Company
327 Missouri Ave
East St. Louis IL  62201


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Capital One


Capital One/ Law Office of Mitchell Kay
PO Box 9006
Smithtown, NY 11787-9006


Carfinance.com
7525 Irvine Center Dr
Irvine, CA 92610


Cavalry Portfolio
PO Box 1017
Hawthorne, NY 10532

Certegy/ Garden Ridge
PO BOX 30046
Tampa FL 336303046


Charter Communications
PO Box 790086
Saint Louis, MO 63179-0086


Charter Communications/Credit Protection
13355 Noel Rd.
Dallas TX 75240-6602


Chase Receivables
1247 Broadway
Sonoma, CA 95476


Childrens Place/Citicorp Credit Services
Attn: Citicorp Credit Services
PO Box 20507
Kansas City, MO 64195


Christian Hospital
11133 Dunn Rd.
St. Louis, MO 63136


Christian Hospital NE-EW
PO BOX 502705
St. Louis MO 63150-2705


Clarkson Eyecare
40 E. North Ave
Eureka, MO 63025


Club Fitness
Customer Service Center
3643 N. St. Peters Pkwy.
Saint Peters, MO 63376

Comenity Bank/New York & Company
PO Box 182125
Columbus, OH 43218


Comenity Bank/Victorias Secret
PO Box 182125
Columbus, OH 43218


Comenity Capital Bank/HSN
PO Box 182125
Columbus, OH 43218


Community ccrX
PO BOX 52434
Phoenix AZ 85072-2434


Consumer Collection
PO Box 1839
Maryland Heights, MO 63043


Convergent Outsourcing
PO Box 9004
Renton, WA 98057-9004


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007


Credit Protection Association
13355 Noel Rd. Ste. 2100
Dallas, TX 75240


Crystal Rock Finance
327 Missouri Ave - Suite 300
East Saint Louis, IL 62201

```
Dell Financial Services
15 Union St.
Lawrence MA 01840



Dell Financial Services/ Oxford Managmen
CS 9018
Melville, NY 11747



Dept Of Ed/Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501


Dial Adjustment Bureau-Essence Mag
960 McArther BLVD
Mahwah NJ 074950011



Dial Adjustment Bureu
960 Macarthur Blvd
Mahwah, NJ 07495-0011



DirecTV
P.O. Box 6550
Greenwood Village, CO 80155-6550



Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


Dsnb Macys
Macys Bankruptcy Department
PO Box 8053
Mason, OH 45040


Emergency Physicians
75 Remit Dr. 6804
Chicago, IL 60675
```

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Family Therapy- Kaufman-Yavitz
690 Greenway Manor Dr.
St. Louis MO 63132


Famous Barr/Karfeld Law Firm
611 Olive St. ste 1640
St. Louis MO 63101


Fingerhut/Metabank
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Revenue
4500 Cherry Creeks Dr. Suite 300
Denver, CO 80246


Fitness Quest
1400 Raff Rd. SW
Canton OH 44750


Gateway Endoscopy Center
12855 N 40 Dr. Ste 150
Saint Louis, MO 63141-8662


Gateway Netro Credit Union
1001` Pine St.
Saint Louis, MO 63101

Geico
Payment Processing
PO Box 55126
Boston, MA 02205-5126


Genesis Financial
3175 Commercial Ave.
Suite 201
Northbrook, IL 60062


GPO
690 Greenway Manor Dr. Apt F
Florissant, MO 63031-1312


Greenway Chase Apts.-Capreit, INC
11200 Rockville Pike Ste. 100
Rockville MD 20852


Greeway Chase Apts
11200 Rockville PIke
Rockville, MD 20852


Helzburg -Citi Banks/LTD Financial Servi
7322 Southwest Freeway, ste 1600
Houston TX 77074


INSTYLE MAG
PO BOX 60001
Tampa Fl 33660-0001


J&E Financial Service
32295 Mission Trail 8-277
Lake Elsinore, CA 92530


Jefferson Capital Systems
16 McLeland Rd
Saint Cloud, MN 56303

Karfeld Law Firm PC

Kaufman-Yavitz, LPC, LCSW
1121 Olivette Exec Pkwy SUITE 210
St. Louis MO 63132

Laclede Gas
720 Olive St. Rm. 1215 c/o Bankruptcy
St. Louis, MO 63101

Law Office of Mitchell N Kacy
PO BOX 9006
Smithtown NY 11787-9006

Law Offices of Mitchell N Kay
PO BOX 9006
Smithtown NY 11787-9006

Lendup
237 Kearny St #372
San Francisco, CA 94108

LTD Financial Services
7322 Southwest Freeway Suite 1600
Houston TX 77074

Macy's
P.O. Box 183083
Columbus, OH 43218-3083

MCA Management
2797 High Ridge Blvd.
High Ridge, MO 63049-2202

Merchant's Credit Guide Co.
223 W.Jackson Blvd
Chicago, IL 60606


Mercy Clinic East Comm.
PO Box 504655
Saint Louis, MO 63150-4655


Midwest Acceptance Corp
1257 Dougherty Ferry Rd
Valley Park, MO 63088


Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105


Monterey Financial Services, INC
4095 Avenida De La Plata
Oceanside, CA, 92056


Monterey Financial Svc
PO Box 5199
Oceanside, CA 92052


Muscle Fitness
PO Box 37481
Boone, IA 50037


National Credit System
Attn: Bankruptcy
PO Box 312125
Atlanta, GA 31131


NCO Financial
507 Prudential Rd.
Horsham, PA 19044-2308

NCO Financial System INC
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems
PO Box 17080
Wilmington, DE 19850-7080


NCO Financial Systems, Inc.
909 E. Republic Rd. BLDG. D Suite 200
Springfield, MO 65807


NCO Financial Systems, INC.-Midwes
909 E Republic Rd BLDG d sTE 200
Springfield MO 65807


Neighbors Credit Union
6300 S. Lindbergh
St. Louis, MO 63123


Neighbors Credit Union


Nordstrom Fsb
13531 E Caley Ave
Englewood, CO 80111


Normandy Fire Dept./MCA Management CO
PO BOX 480
High Ridge MO 63049


Northland Group Inc.
PO Box 390846
Minneapolis, MN 55439

Parenting Magazine
PO BOX 60001
Tampa FL 33660-0001


Personal Finance CO/ The Legal Center
220 Salt Lick Rd.
St. Peter MO 63376


Personal Finance Company



Pinnacle Credit Service
Attn: Bankruptcy
PO Box 640
Hopkins, MN 55343


Progressiv Insurance CO/NCO Financial Sy
PO BOX  41417 Dept. 99
Philadelphia PA 19101


Quest Diagnostics/AMCA Collection Agency
2269 South Saw Mill River Rd. bldg3
Elmsford NY 10523


Rickman & Rickman
Po Box 212269
Columbia, SC 29221


SBC Internet Services
PO Box 203370
Austin, tx 78759-3370


SBC Internet Services
PO BOX 203370
Austin TX 78759-3370

SBC Interney Services
PO Box 203370
Austin TX 78759-3370


Sears Citi Cards/Associated Recovery Sys
8665 Baypine Rd. ste 200
Jacksonville FL 32256


Security Credit
c/o Welman Weinberg Reis
323 W. Lakesdie Ave Ste 200
Cleveland, OH 44113

Silverscript Insureance Company
PO BOX 504849
St. Louis MO 63150-4849


Springleaf Financial S
510 N Highway 67 St
Florissant, MO 63031


St. Louis Post-Dispatch
PO Box 501148
Saint Louis, MO 63150-1148


Synchrony Bank Credit Card
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


Synchrony Bank/ JC Penneys
Attn: Bankrupty
PO Box 103104
Roswell, GA 30076


Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/Gap
Attn: Bankrupty
PO Box 103104
Roswell, GA 30076


Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


Synchrony Bank/Walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


T Mobile Wireless/Valentine&Kebartas INC
PO Box 325
Lawrence MA 1842


Target
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440


Tide Finance
425 SW 44th St.
Oklahoma City, OK 73109


TNB-Target
1247 Broadway
Sonoma, CA 95476


US Bank
800 Nicollet Mall
Minneapolis, MN 55402


US Bank
PO BOX 5227
CN-OH-W15
Cincinati, OH 45202-5227

Valentine & Kebartas INC
PO BOX 325
Lawrence MA 01842


Vantage Credit Union
PO Box 4433
Bridgeton, MO 63044


Washington University Physicians
PO Box 502432
St. Louis, MO 63150-2432


Washington University Physicians
660 S  Euclid Ave.
St. Louis MO 63110


West County Radiology Group
11475 Olde Cabin Road, Suite 200
Saint Louis, MO 63141


Wfdillards
Credit Bureau Disp
Des Moines, IA 50306


World Finance Corp
World Acceptance Corp/Attn Bankruptcy
PO Box 6429
Greenville, SC 29606


World Martial Arts Academy
1000 Cave Springs Blvd
Saint Peters, MO 63376

| Debtor 1 | **Michael** | **R.** | **Tillman** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Chanel** | **L.** | **Tillman** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number _____
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 22A-1

# Chapter 7 Statement of Your Current Monthly Income

**12/14**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $5,167.00 | $166.25 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

First Name      Middle Name      Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.** **Net income from operating a business, profession, or farm**

Gross receipts (before all deductions)      $0.00

Ordinary and necessary operating expenses    − $0.00

Net monthly income from a business, profession, or farm    $0.00   Copy here →   $0.00      $0.00

**6.** **Net income from rental and other real property**

Gross receipts (before all deductions)      $0.00

Ordinary and necessary operating expenses    − $0.00

Net monthly income from rental or other real property    $0.00   Copy here →   $0.00      $0.00

**7.** **Interest, dividends, and royalties**      $0.00      $0.00

**8.** **Unemployment compensation**      $0.00      $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you.............................................................. $0.00

For your spouse................................................. $0.00

**9.** **Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.      $0.00      $0.00

**10.** **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____    _____    _____

10b. _____    _____    _____

10c.  Total amounts from separate pages, if any.    + _____   + _____

**11.** **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.    $5,167.00   +   $166.25   =   $5,333.25

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12.** **Calculate your current monthly income for the year.**  Follow these steps:

12a.  Copy your total current monthly income from line 11......................................................**Copy line 11 here** →   12a.   $5,333.25

Multiply by 12 (the number of months in a year).      X    12

12b.  The result is your annual income for this part of the form.    12b.   $63,999.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                 **Missouri**

Fill in the number of people in your household.       **4**

Fill in the median family income for your state and size of household.............................................................. 13.   **$72,711.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

---

## Part 3:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X   /s/ Michael R. Tillman              X   /s/ Chanel L. Tillman
    **Michael R. Tillman**                        **Chanel L. Tillman**

Date   **11/20/2015**                  Date   **11/20/2015**
      MM / DD / YYYY                       MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.